JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant MALIK JACKSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES, | ) CR 18-511 HSG |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER RE: CONTINUANCE OF COURT** |
| v. | ) **DATE** |
| | ) |
| SEAN COLLINS, | ) |
| KEVONTE GORDON, | ) |
| DEVIN HAIRSTON, | ) |
| MALIK JACKSON, and | ) |
| EARL McLEOD, | ) |
| | ) |
| Defendants | ) |

This case is on calendar for status conference before the Honorable Haywood S. Gilliam, on May 6, 2019. Due to a family medical emergency, Juliana Drous, attorney for defendant Malik Jackson, will be out of the state on that date. Counsel for each of the defendants and the Assistant United States Attorney have been consulted. All counsel stated they have no objection to a continuance of this court appearance to 2:00 p.m., June 10, 2019.

It is further requested that the time from May 6, 2019, to June 10, 2019, be excluded to allow continuity of counsel and reasonable time necessary for effective assistance of counsel in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 25, 2019                    _____/s/_____
                                         JULIANA DROUS
                                         Attorney for Defendant
                                         DWIGHT HART

DATED: April 25, 2019                    _____/s/_____
                                         MICHAEL STEPANIAN
                                         Attorney for Defendant
                                         SEAN COLLINS

DATED: April 25, 2019                    _____/s/_____
                                         JAMES THOMSON
                                         Attorney for Defendant
                                         DEVONTE GORDON

DATED: April 25, 2019                    _____/s/_____
                                         JEFFREY BORNSTEIN
                                         Attorney for Defendant
                                         DEVIN HAIRSTON

DATED: April 25, 2019                    _____/s/_____
_____          JEROME MATHEWS
                                         Attorney for Defendant
                                         EARL McLEOD

DATED: April 25, 2019                    _____/s/_____
                                         MEREDITH OSBORN
                                         Assistant United States Attorney

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the court proceeding currently scheduled on May 6, 2019, at 2:00 p.m., be continued to June 10, 2019, at 2:00 p.m.  .

IT IS FURTHER ORDERED that the time from May 6, 2019, to June 10, 2019, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) to allow continuity and effective representation of counsel.


DATED: _____
                                         _____
                                         HON. HAYWOOD S. GILLIAM, JR.
                                         U.S. Federal District Court Judge