1  JULIANA DROUS
   Attorney at Law SB#92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Facsimile: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant MALIK JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, | ) CR 18-511 HSG |
| Plaintiff, | ) **STIPULATION AND** |
|  | ) **ORDER RE: CONTINUANCE OF COURT** |
| v. | ) **DATE** |
| SEAN COLLINS, | ) |
| KEVONTE GORDON, | ) |
| DEVIN HAIRSTON, | ) |
| MALIK JACKSON, and | ) |
| EARL McLEOD, | ) |
| Defendants | ) |

   This case is on calendar for status conference before the Honorable Haywood S. Gilliam, on May 6, 2019. Due to a family medical emergency, Juliana Drous, attorney for defendant Malik Jackson, will be out of the state on that date. Counsel for each of the defendants and the Assistant United States Attorney have been consulted. All counsel stated they have no objection to a continuance of this court appearance to 2:00 p.m., June 10, 2019.

   It is further requested that the time from May 6, 2019, to June 10, 2019, be excluded to allow continuity of counsel and reasonable time necessary for effective assistance of counsel in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 25, 2019                    /s/

|   |   |
|---|---|
|   | JULIANA DROUS |
|   | Attorney for Defendant |
|   | DWIGHT HART |

DATED: April 25, 2019          /s/
                               MICHAEL STEPANIAN
                               Attorney for Defendant
                               SEAN COLLINS

DATED: April 25, 2019          /s/
                               JAMES THOMSON
                               Attorney for Defendant
                               DEVONTE GORDON

DATED: April 25, 2019          /s/
                               JEFFREY BORNSTEIN
                               Attorney for Defendant
                               DEVIN HAIRSTON

DATED: April 25, 2019          /s/
                               JEROME MATHEWS
                               Attorney for Defendant
                               EARL McLEOD

DATED: April 25, 2019          /s/
                               MEREDITH OSBORN
                               Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the court proceeding currently scheduled on May 6, 2019, at 2:00 p.m., be continued to June 10, 2019, at 2:00 p.m. .

Since the last status hearing, the government has produced additional discovery that defense counsel is continuing to review and defense counsel is continuing to investigate the defense case. The Court finds that denying the requested continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 6, 2019 to June 10, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §

STIPULATION AND ORDER CONTINUING COURT DATE                                    2

1 | 3161(h)(7)(A), (B)(iv).

DATED: 4/26/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. Federal District Court Judge