1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   MEREDITH B. OSBORN (CABN 250467)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6774
7       meredith.osborn@usdoj.gov

8   Attorneys for United States of America

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12
    UNITED STATES OF AMERICA,              )   No. CR 18-511 HSG
13                                         )
            Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
14                                         )   EXCLUDING TIME FROM JUNE 10, 2019 TO
        v.                                 )   AUGUST 20, 2019
15                                         )
                                           )
16  SEAN COLLINS                           )
    KEVONTE GORDON,                        )
17  DEVIN HAIRSTON,                        )
    MALIK JACKSON, and                     )
18  EARL MCLEOD                            )
                                           )
19          Defendant.                     )
    _____

20

21

22          The defendants, KEVONTE GORDON, represented by JAMES THOMSON, Esquire, DEVIN

23  HAIRSTON, represented by JEFFREY BORNSTEIN, Esquire, MALIK JACKSON, represented by

24  JULIANA DROUS, Esquire, EARL MCLEOD, represented by Jerome Matthews, Esquire, and SEAN

25  COLLINS, represented by Michael Stepanian, Esquire, and the government, represented by AUSA

26  MEREDITH B. OSBORN, Assistant United States Attorney, appeared before the Court on June 10,

27  2019, for a status hearing. The government reported that it had produced discovery to defendants,

28  responded to defendants' discovery requests from defendants, and facilitated an evidence view. Defense

    [PROPOSED] ORDER EXCL. TIME UNDER S.T.A.
    CR 18-511 HSG                                    1

counsel reported that they were preparing to bring various pretrial motions, including motions to suppress evidence. The Court set a deadline for defendants to file their motions of August 20, 2019.

Defense counsel requested that time be excluded under the Speedy Trial Act between June 10, 2019, and August 20, 2019, for effective preparation of counsel and continuity of counsel. The government had no objection.

For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until August 20, 2019 will allow for the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 10, 2019 and August 20, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 17, 2019
/s/
MEREDITH B. OSBORN
Assistant United States Attorney

DATED: June 17, 2019
/s/
MICHAEL STEPANIAN
Counsel for Defendant Sean Collins

DATED: June 17, 2019
/s/
JAMES THOMSON
Counsel for Defendant Kevonte Gordon

DATED: June 17, 2019
/s/
JEFFREY BORNSTEIN
Counsel for Defendant Devin Hairston

DATED: June 17, 2019
/s/
JULIANA DROUS
Counsel for Defendant Malik Jackson

DATED: June 17, 2019                              _____/s/_____
                                                  JEROME MATTHEWS
                                                  Counsel for Defendant Earl McLeod


                              [~~PROPOSED~~] ORDER

        Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 10, 2019 and August 20, 2019, would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 10, 2019 and August 20, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 10, 2019 and August 20, 2019, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.


DATED: _____6/20/2019_____        _Haywood S. Gill Jr._
                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                    United States District Judge