MICHAEL STEPANIAN (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
SEAN COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COLLINS,<br><br>Defendant. | Case No. CR 18-00511 HSG<br><br>STIPULATION AND [PROPOSED] ORDER TO ENLARGE SENTENCING HEARING DATE |

Defendant SEAN COLLINS, by and through his counsel of record Michael Stepanian, and Assistant United States Attorney Philip Kopczynski, hereby request that the Sentencing Hearing set for Monday, March 2, 2020 at 2:00 p.m., be enlarged to April 13, 2020 at 2:00 p.m. Counsel requests additional time to prepare for the interview with U. S. Probation and for gathering of materials for the sentencing memorandum. U.S. Probation Officer Ashley Polk has been contacted and has no objection to this request.

///

///

STIPULATION AND [PROPOSED] ORDER TO ENLARGE SENTENCE HEARING DATE
Case No. 4:18-cr-00511-HSG

IT IS SO STIPULATED.

Dated: January 7, 2020

/s/
MICHAEL STEPANIAN
Attorney for Defendant
Sean Collins

Dated: January 7, 2020

DAVID L. ANDERSON.
United States Attorney

/s/
PHILIP KOPCZYNSKI
Assistant United States Attorney

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing for defendant Sean Collins scheduled for March 2, 2020 is enlarged to April 13, 2020, at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 9, 2020

HON. HAYWOOD S. GILLIAM, Jr.
United States District Judge